FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2021

No. 04-21-00186-CR

Adelida **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-204-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

    The State's brief was originally due December 15, 2021.  On December 15, 2021, the State filed a motion requesting an extension of time to file the brief until February 13, 2022. After consideration, we **GRANT** the motion and **ORDER** the State to file its brief by **February 14, 2022**.

 

_____
Beth Watkins, Justice

 

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court